626

No. 355. HARVEY COAL CORP. *v.* UNITED STATES. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. MR. JUSTICE JACKSON took no part in the consideration and decision of this application. *Mr. J. Nelson Anderson* for petitioner. *Assistant Solicitor General Fahy, Assistant Attorney General Clark,* and *Miss Helen R. Carloss* and *Mr. William L. Cary* for the United States.

No. 498. POLAKOFF ET AL. *v.* UNITED STATES. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. MR. JUSTICE JACKSON took no part in the consideration and decision of this application. *Messrs. Irving Spieler* and *Louis Halle* for petitioners. *Assistant Solicitor General Fahy, Assistant Attorney General Berge,* and *Mr. W. Marvin Smith* for the United States.

No. 501. DOLLOFF *v.* UNITED STATES. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. MR. JUSTICE JACKSON took no part in the consideration and decision of this application. *Messrs. L. P. Brooks* and *A. V. Roberts* for petitioner. *Assistant Solicitor General Fahy, Assistant Attorney General Berge,* and *Messrs. Oscar A. Provost* and *W. Marvin Smith* for the United States.

No. 502. LELLES *v.* UNITED STATES. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. MR. JUSTICE JACKSON took no part in the consideration and decision of this application. *Mr. William A. Gilmore* for petitioner.